JS-6

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS (SBN 80745)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    Email: Darwin.Thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>LARRY M. LEVY, individually and doing business as Business Development Group, Inc., GMAC MORTGAGE, LLC, JEFFREY A. LEVY, STATE OF CALIFORNIA FRANCHISE TAX BOARD, DENNIS N. BRAGER, APC, and NORTH AMERICAN CAPITAL CORPORATION,<br><br>    Defendants. | Case No.  SACV 13-0397 DOC(ANx)<br><br><br><u>JUDGMENT  [35]</u> |

    WHEREAS defendant Dennis N. Brager, APC, has disclaimed in this action; and

    WHEREAS defendant North American Capital Corporation was served with the summons in this matter and failed to answer or otherwise appear in this action, and its default was entered by the Clerk on November 25, 2013, and plaintiff has filed an application for entry of default judgment against defendant North American Capital Corporation; and

WHEREAS defendant GMAC Mortgage, LLC, has been dismissed from this action, and

WHEREAS defendants Larry M. Levy, Jeffrey A. Levy, and State of California Franchise Tax Board, have answered the complaint and appeared in this action; and

WHEREAS the appearing parties in this action, plaintiff United States of America, and defendants Larry M. Levy, Jeffrey A. Levy, and State of California Franchise Tax Board, previously stipulated, and pursuant to such stipulation the Court ordered, that the real property upon which the plaintiff sought to foreclose in this case could be sold at a private sale with the proceeds from the sale to be used to pay the costs of sale and the lien claim of the first mortgage lender, with the remaining sales proceeds to be deposited with the Clerk of the Court for distribution to the parties as ordered by the Court; and

WHEREAS a private sale of the subject real property was accomplished and the proceeds from that sale were used to pay the costs of sale and the lien claim of the first mortgage lender, and the remaining proceeds from the sale, in the amount of $699,827.13, were deposited with the Clerk; and

WHEREAS the appearing parties have reached a settlement in this case and requested that the Court enter a final judgment in this matter;

Based on the stipulation of the appearing parties, plaintiff's application for entry of default judgment against defendant North American Capital Corporation, and all matters that are properly part of the record in this case, and good cause appearing, IT IS ORDERED, ADJUDGED, AND DECREED, THAT

1. The amount of the unpaid federal income tax liability of defendant Larry M. Levy for the 1991 tax year, including all accrued interest and applicable penalties through January 24, 2014, is $3,114.70; and

2. The amount of the unpaid federal income tax liability of defendant Larry M. Levy for the 1992 tax year, including all accrued interest and applicable penalties through January 24, 2014, is $102,580.79; and

3. The amount of the unpaid federal income tax liability of defendant Larry M. Levy for the 1994 tax year, including all accrued interest and applicable penalties through January 24, 2014, is $56,056.51; and

4. The amount of the unpaid federal income tax liability of defendant Larry M. Levy for the 1997 tax year, including all accrued interest and applicable penalties through January 24, 2014, is $33,114.29; and

5. The amount of the unpaid federal income tax liability of defendant Larry M. Levy for the 1999 tax year, including all accrued interest and applicable penalties through January 24, 2014, is $37,259.44; and

6. The amount of the unpaid federal income tax liability of defendant Larry M. Levy for the 2000 tax year, including all accrued interest and applicable penalties through January 24, 2014, is $77,049.22; and

7. The amount of the unpaid federal income tax liability of defendant Larry M. Levy for the 2006 tax year, including all accrued interest and applicable penalties through January 24, 2014, is $132,509.79; and

8. The amount of the unpaid federal income tax liability of defendant Larry M. Levy for the 2007 tax year, including all accrued interest and applicable penalties through January 24, 2014, is $95,245.21; and

9. The amount of the unpaid federal income tax liability of defendant Larry M. Levy for the 2008 tax year, including all accrued interest and applicable penalties through January 24, 2014, is $74,963.55; and

10. Defendant Jeffrey A. Levy had a valid lien claim against the subject real property which was transferred to the sales proceeds from the subject property that are now deposited with the Clerk, including accrued interest through January 24, 2014, in the amount of $366,888.00, that is

superior to the lien claims that the United States and the California Franchise Tax Board had against the subject property; and

11. The respective lien claims of the United States Internal Revenue Service ("IRS") and the California Franchise Tax Board ("FTB") against the subject property, which have been transferred to the sales proceeds from the subject property that are now deposited with the Clerk, and the relative priority of such lien claims based on the respective tax assessment dates of the Internal Revenue Service and the Franchise Tax Board, including all accrued interest and applicable penalties through January 24, 2014, are as follows:

| Taxing Agency/Year | Assessment Date | Amount Due |
|---|---|---|
| FTB 1998 | 05/14/00 | $12,699.96 |
| FTB 1999 | 11/30/01 | $36,240.04 |
| IRS 1991 | 02/11/02 | $ 3,114.70 |
| IRS 1992 | 02/11/02 | $102,580.79 |
| IRS 1994 | 02/11/02 | $56,056.51 |
| IRS 1999 | 07/22/02 | $37,259.44 |
| FTB 2000 | 10/27/02 | $30,924.14 |
| IRS 1997 | 03/31/03 | $33,114.39 |
| IRS 2000 | 04/07/03 | $77,049.22 |
| FTB 1998 | 02/22/06 | $ 5,277.06 |
| FTB 1999 | 02/22/06 | $ 4,374.26 |
| FTB 2000 | 02/22/06 | $ 4,095.19 |
| FTB 2007 | 10/01/10 | $ 3,825.25 |
| FTB 2010 | 07/28/12 | $ 1,019.10 |
| IRS 2006 | 09/24/12 | $132,509.79 |
| IRS 2007 | 09/24/12 | $ 95,245.21 |

| | | |
|---|---|---|
| IRS 2008 | 09/24/12 | $ 74,963.55 |

12. The funds now on deposit with the Clerk shall be distributed as follows:

First, $366,888.00 shall be distributed to defendant Jeffrey A. Levy in full satisfaction of his lien claim against the deposited funds, in a check payable to "Jeffrey A. Levy" to be mailed to:

    Hochman, Salkin, Rettig, Toscher & Perez, P.C.
    Attn: Sharyn M. Fisk
    9150 Wilshire Blvd., Suite 300
    Beverly Hills, CA 90212-3414

Second, $80,496.36, plus $6.62 per day from and after May 1, 2014 to the date of payment, shall be distributed to defendant State of California Franchise Tax Board in partial satisfaction of its lien claims against the deposited funds for the California state income taxes owed by defendant Larry M. Levy for the tax years 1998, 1999, and 2000, in a check payable to "Franchise Tax Board" to be mailed to:

    Franchise Tax Board
    Attn: Todd Bailey, Legal Division
    MS: A-260
    P.O Box 1720
    Rancho Cordova, CA 95741-1720

Third, the remaining funds on deposit with the Clerk after the above described payments to defendants Jeffrey A. Levy and State of California Franchise Tax Board, including any interest earned on such funds, shall be distributed to plaintiff United States in partial satisfaction of its lien claims against the deposited funds for the federal income taxes owed by defendant Larry M. Levy for the tax years 1991, 1992, 1994, 1997, 1999,

and 2000, , in a check payable to "U.S. Department of Justice" to be mailed to:

>U.S. Attorney's Office, Tax Division
>Attn:  Darwin Thomas
>300 No. Los Angeles St., Room 7211
>Los Angeles, CA  90012

13. A money judgment shall be entered against defendant Larry M. Levy, and in favor of plaintiff United States of America (Internal Revenue Service), in the amount of $359,450.83 for the remaining unpaid federal income taxes owed by Larry M. Levy to IRS for the tax years 2000, 2006, 2007, and 2008, including all accrued interest and applicable penalties through January 24, 2014.

14. Default judgment is entered against North American Capital Corporation, and it shall take nothing from the funds on deposit with the Clerk.

DATED:  May 23, 2014     _____
　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　United States District Judge